1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Roger.Dinh@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  NO. 14-CR-00127 JSW
14                                     )
          Plaintiff,                   )  **DECLARATION OF ROGER DINH**
15                                     )  **IN SUPPORT OF UNITED STATES'**
              v.                       )  **RESPONSE TO DEFENDANT'S MOTIONS**
16                                     )
   DEANDRE LAMAR WASH,                 )
17                                     )
          Defendant.                   )
18  _____)

19

20  I, Roger Dinh, hereby declare and state the following:

21      1.  I am a Special Assistant United States Attorney in the office of the United States Attorney for

22          the Northern District of California. I respectfully submit this declaration in support of the

23          Government's Response to the defendant, Deandre Lamar Wash's Motions.

24      2.  The Reports of Investigation attached here as **Exhibit A** through **Exhibit F** are true and

25          correct copies of the documents provided to me by agents of the Bureau of Alcohol,

26          Tobacco, Firearms, and Explosives (ATF), which have been provided in discovery to the

27          defendant's counsel with appropriate redactions.

28

3. The Superior Court of California, County of Alameda, Court Order and Application attached here as **Exhibit G** is a true and correct copies of the document provided to me by agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), which have been provided in discovery to the defendant's counsel with appropriate redactions.

4. The Arrest Warrant attached here as **Exhibit H** is a true and correct copy of the document bearing the signature of the Honorable Donna M. Ryu.

5. The Sprint PCS data attached here as **Exhibit I** and **Exhibit J** are true and correct copies of the documents provided to me by agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), which have been provided in discovery to the defendant's counsel with appropriate redactions.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 24, 2015                             Respectfully submitted,

                                                  ROGER DINH
                                                  Special Assistant United States Attorney